1  BRUCE G. VANYO, State Bar No. 60134
   JEROME F. BIRN, JR., State Bar No. 128561
2  CAZ HASHEMI, State Bar No. 210239
   KRISANA M. HODGES, State Bar No. 234629
3  JACK I. SIEGAL, State Bar No. 218088
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100

7  Attorneys for Defendants
   BRIAN M. NESMITH, ROBERT
8  VERHEECKE, and BLUE COAT SYSTEMS,
   INC.

**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRACENA PARTNERS, LLC, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>BRIAN M. NESMITH, ROBERT VERHEECKE, and BLUE COAT SYSTEMS, INC.,<br><br>            Defendants. | CIVIL ACTION NO.: C-05-1468-MHP<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION |

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

The parties stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. On May 20, 2005, the Court entered a Related Case Order deeming the following actions as related cases within the meaning of Civil Local Rule 3-12:

- *Dracena Partners, LLC v. NeSmith, et al.*, C-05-1468-MHP, filed April 11, 2005;
- *Hobbs v. Blue Coat Systems, Inc., et al.*, C-05-01520-SBA, filed April 13, 2005;
- *Hefner v. Blue Coat Systems, Inc., et al.*, C-05-01692-MJJ, filed April 25, 2005;
- *Finley v. Blue Coat Systems, Inc., et al.*, C-05-01829-SBA, filed May 3, 2005.

These cases are therefore consolidated into Civil Action No. C-05-1468-MHP for pretrial proceedings before this Court. The consolidated action shall be captioned: "In re Blue Coat Systems, Inc. Securities Litigation."

2. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. C-05-1468-MHP shall constitute the Master Docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:

//
//
//
//
//

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

1

C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC., SECURITIES LITIGATION | Master File No. C-05-1468-MHP |
| This Document Relates To: | CLASS ACTION |

6. The file in Civil Action No. C-05-1468-MHP shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. C-05-01520-SBA (Hobbs)").

7. The parties shall file an administrative motion pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

   (a) place a copy of this Order in the separate file for such action;

   (b) serve on plaintiff's counsel in the new case a copy of this Order;

   (c) direct that this Order be served upon defendants in the new case; and

   (d) make the appropriate entry in the Master Docket.

## LEAD PLAINTIFF'S COUNSEL

8. After the Court has designated a Lead Plaintiff and Lead Plaintiff's Counsel, Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall manage the prosecution of this litigation to avoid duplicative or

1  unproductive activities. Lead Plaintiff's Counsel shall be responsible for coordination of all
2  activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.
3  Lead Plaintiff's Counsel shall be responsible for communications with the Court. Lead Plaintiff's
4  Counsel shall maintain a master service list of all parties and counsel. Service by Defendants'
5  counsel on Lead Plaintiff's Counsel shall be deemed service on all plaintiffs.

6    9.   Defendants' counsel may rely upon agreements made with Lead Plaintiff's
7  Counsel. Such agreements shall be binding on all plaintiffs.

## PLEADINGS AND MOTIONS

9    10.  Defendants are not required to respond to the complaint in any action
10 consolidated into this action, other than a consolidated complaint or a complaint designated as
11 the operative complaint.

12   11.  Lead Plaintiff's Counsel shall file a consolidated complaint within sixty (60) days
13 after filing the order designating the Lead Plaintiff, unless otherwise agreed upon by the parties.
14 The consolidated complaint shall be the operative complaint and shall supersede all complaints
15 filed in any of the actions consolidated therein.

16   12.  Defendants shall respond to the consolidated complaint within sixty (60) days
17 after service, unless otherwise agreed upon by the parties. If defendants file any motions
18 directed at the consolidated complaint, the opposition and reply briefs shall be filed within forty-
19 five (45) days and seventy-five (75) days, respectively, of that response, unless otherwise agreed
20 upon by the parties.

21   13.  The parties shall serve all papers on each other by hand, by overnight delivery, or
22 (by prior agreement) by facsimile, unless otherwise agreed upon by the parties. Notwithstanding
23 the foregoing, defendants may serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, by
24 first-class mail, unless otherwise agreed upon by the parties.

1  IT IS SO STIPULATED.

2                                          Respectfully Submitted,

3  Dated: June 10, 2005
                                           WILSON SONSINI GOODRICH & ROSATI
4                                          Professional Corporation

5
                                           By:  /s/ Caz Hashemi
6                                                   Caz Hashemi

7                                          Attorneys for Defendants BRIAN M.
                                           NESMITH, ROBERT VERHEECKE, and
8                                          BLUE COAT SYSTEMS, INC.

9
   Dated: June 10, 2005
10                                         GLANCY BINKOW & GOLDBERG LLP

11
                                           By:  (attached)
12                                                  Peter A. Binkow

13                                         Lionel Z. Glancy
                                           Michael Goldberg
                                           Peter A. Binkow
14                                         1801 Avenue of the Stars, Suite 311
                                           Los Angeles, CA 90067
15                                         Telephone: (310) 201-9150
                                           Facsimile: (310) 201-9160
16

17                                         Attorneys for Plaintiff
                                           DRACENA PARTNERS, LLC
18
   Dated: June 10, 2005
19                                         BERMAN DEVALERIO PEASE TABACCO
                                           BURT & PUCILLO
20

21
                                           By:  /s/ Christopher T. Heffelfinger
22                                                  Christopher T. Heffelfinger

23                                         Joseph J. Tabacco
                                           Christopher T. Heffelfinger
24                                         425 California Street, Suite 2025
                                           San Francisco, CA 94104
25                                         Telephone: (415) 433-3200
                                           Facsimile: (415) 433-6382
26
                                           Attorneys for Plaintiffs
27                                         DAVID HOBBS and GALEN FINLEY

28

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

4

C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

1 | Dated: June 10, 2005

GREEN WELLING LLP

By: ___/s/ Robert Green___
          Robert S. Green

Robert S. Green
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc A. Topaz
Richard A, Maniskas
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-706
Facsimile: (610) 667-7056

Attorneys for Plaintiff
VICTOR HEFNER

[~~PROPOSED~~] ORDER

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 6/22/05

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

5

C:\NRPORTBL\PALIB1\PB3\2634328_2.DOC

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: June ___, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Jerome F. Birn, Jr.

Attorneys for Defendants
BRIAN M. NESMITH, ROBERT VERHEECKE, and BLUE COAT SYSTEMS, INC.

Dated: June 10, 2005

GLANCY BINKOW & GOLDBERG LLP

By: _____
Peter A. Binkow

Lionel Z. Glancy
Michael Goldberg
Peter A. Binkow
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Plaintiff
DRACENA PARTNERS, LLC

Dated: June ___, 2005

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

By: _____
Christopher T. Heffelfinger

Joseph J. Tabacco
Christopher T. Heffelfinger
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Attorneys for Plaintiffs
DAVID HOBBS and GALEN FINLEY

STIP AND [PROPOSED] ORDER
RE: CONSOLIDATION
CASE NO. C-05-1468-MHP

4   M:\DOCUME~1\PBINKOW\LOCALS~1\TEMP\61\2634328_2.DOC